Lior Katz, Esq. (State Bar No. 284559)
KATZ LAW, A PROFESSIONAL CORPORATION
5850 Canoga Avenue., Suite 400
Woodland Hills, California 91367
T: (310) 444-9444
F: (310) 382-2110
Email: lior@katzlaw.com

Shawn Sasooness, Esq. (State Bar No. 300768)
SASOONESS LAW GROUP, APC
6300 Canoga Avenue, Suite 1740
Woodland Hills, CA 91367
T: (818) 922-7700
F: (818) 922-7750
Email: shawn@saslg.com

Attorneys for Plaintiff
HOLLY JEAN PALMERI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| HOLLY JEAN PALMERI, an individual, | *Case No.: 4:22-CV-04925-JST* |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| | [F.R.C.P. 36] |
| TARGET CORPORATION, INC.; and Does 1 through 20, inclusive, | |
| Defendants. | *Honorable Jon S. Tigar* |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 40(a)(1)(A)(ii), Plaintiff Holly Jean Palmeri ("Plaintiff") and Defendant Target Corporation, Inc. ("Defendant") hereby stipulate as follows:

_____
STIPULATION FOR DISMISSAL WITH PREJUDICE [PROPOSED] ORDER
1

1. On December 17, 2021, Plaintiff filed the above-captioned lawsuit (this "Action") in the Superior Court of California in and for the County of Alameda.

2. August 29, 2022, Defendant filed a Notice of Removal of the Action to the United States District Court, Northern District of California.

3. On September 2, 2022, Defendant filed an answer to the Complaint.

4. On or about November 14, 2023, Plaintiff and Defendant reached a settlement of all claims in this action.

Based on the foregoing facts, Plaintiff and Defendant stipulate and agree as follows:

1. This Court should dismiss this Action in its entirety against Defendant with prejudice.

2. All upcoming hearings and deadlines should be vacated and the Action should be terminated.

Dated: January 2, 2024

KATZ LAW, APC

_____
LIOR KATZ, ESQ.
Attorney for Plaintiff
Holly Jean Palmeri

Dated: January 2, 2024

VOGL MEREDITH BURKE LLP

_____/s/_____
EMILY FOWLER, ESQ.
Attorney for Defendant
Target Corporation, Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk is directed to close this case.

DATED: January 4, 2024

_____
Hon. Jon S. Tigar